ALLEN HIERONYMUS, et al., v. HULDA N. ELSASSER, et al.

| | |
|---|---|
| 18 So. (2nd) 24 | January Term, 1944 |
| May 9, 1944 | Division B |
| Rehearing Denied June 7, 1944 | |

*W. C. Kemp,* for appellants.

*Ella Jo Stollberg,* for appellees.

PER CURIAM:

No reversible error having been made clearly to appear by the record, the decree appealed from is hereby

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.